UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKY RODRIGUEZ, on behalf of himself and those similarly situated,

CASE NO. 8:12-cv-794-T-23-AEP

      Plaintiff,

v.

MOMENTS NOTICE SOLUTIONS, INC.,
a Florida for Profit Corporation,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant Moments Notice Truck Driver Leasing, Inc., by and through its undersigned counsel, respectfully submit this Notice of Settlement, and informs the Court as follows:

1. The Parties have reached an agreement to resolve the issues in this matter, with the Plaintiff being paid in full for all hours worked; there was no compromise.

2. The settlement agreement has been reduced to writing, which the Plaintiff has signed and it has been sent for Defendant's signature.

3. Plaintiff's counsel has agreed to the language of a Joint Notice of Dismissal with Prejudice, but due to Plaintiff's counsel being out of town in a court proceeding, defense counsel has been unable to obtain permission to file it; however, defense counsel expects to receive that permission quite soon.

WHEREFORE, Defendant, Moments Notice Truck Driver Leasing, Inc., respectfully requests that this Court take note that this case has been resolved and allow the parties to file their Joint Notice of Dismissal with Prejudice in the near future.

                Respectfully submitted,

By: s/M. Susan Sacco
    M. Susan Sacco
    Florida Bar No. 341721
    FORD & HARRISON LLP
    300 South Orange Avenue, Suite 1300
    Orlando, FL  32801
    (407) 418-2300  Telephone
    (407) 418-2327  Facsimile
    ssacco@fordharrison.com

    Attorneys for Defendant
    Moments Notice Truck Driver Leasing, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 6, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:  Cleach@forthepeople.com, Carlos V. Leach, Esquire, Morgan & Morgan, P.A., 20 N. Orange Avenue, 16th Floor, Orlando, FL  32802-4979.

                s/M. Susan Sacco
                M. Susan Sacco

Orlando:204146.1